### United States District Court
### Central District of California

# JS-3

UNITED STATES OF AMERICA vs.

Docket No. _____CR10-01049-AHM_____

**Defendant** _David Ryan Tejera_

Social Security No. _9_ _6_ _5_ _3_

akas: _TEJERA, David_

(Last 4 digits)

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|-------|-----|------|
| Jan | 9 | 2012 |

**COUNSEL**   **Callie Glanton Steele, DFPD and Neha A. Mehta, DFPD**

(Name of Counsel)

**PLEA**   [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**   There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:

Distribution of Heroin and Cocaine Resulting in Death and Serious Bodily Injury in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) as charged in Count Three of the Four-Count Indictment.

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

Two hundred and sixty-two (262) months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of ten (10) years under the following terms and conditions:

1.   The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 05-02;

2.   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

3.   The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision;

USA vs.   David Ryan Tejera                     Docket No.:   CR10-01049-AHM

4.      During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer;

5.      The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer;

6.      As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's substance abuse and mental health to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

7.      During the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment;

8.      When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the defendant shall perform 20 hours of community service per week as directed by the Probation Officer;

9.      The defendant shall cooperate in the collection of a DNA sample from the defendant;

10.     The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgements and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation;

11.     The defendant may not associate with anyone known to him to be a Tocas gang member and others known to him to be participants in the Tocas gang's criminal activities, with the exception of his family members. He may not wear, display, use or possess any gang insignias, emblems, badges, buttons, caps, hats, jackets, shoes, or any other clothing that defendant knows evidence affiliation with the Tocas gang, and may not display any signs or gestures that defendant knows evidence affiliation with the Tocas gang; and

USA vs.  David Ryan Tejera     Docket No.:  CR10-01049-AHM

12.    As directed by the Probation Officer, the defendant shall not be present in any area known to him to be a location where members of the Tocas gang meet and/or assemble.

The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The Court authorizes the Probation Officer to disclose the Presentence Report, and/or any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence Report), to State or local social service agencies (such as the State of California, Department of Social Services), for the purpose of the client's rehabilitation.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

Defendant shall pay restitution in the total amount of $6,735.53 pursuant to 18 U.S.C. § 3663 to victims as set forth in a separate victim list prepared by the probation office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim.  The victim list, which shall be forwarded to the fiscal section of the clerk's office, shall remain confidential to protect the privacy interests of the victims.

Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendants's gross monthly income, but not less than $100, whichever is greater, during the period of supervised release and shall begin 30 days after the commencement of supervision. Nominal restitution payments are ordered as the court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered.

Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The defendant shall comply with General Order No. 01-05.

All fines are waived as it is found that the defendant does not have the ability to pay a fine in

USA vs. David Ryan Tejera                    Docket No.:   CR10-01049-AHM

addition to restitution.

      Court recommends that the Bureau of Prisons conduct a mental health evaluation of the defendant and provide all necessary treatment.

      On Government's motion, all remaining counts ORDERED dismissed.

      To the extent defendant retained any rights to appeal, defendant advised to file a notice of appeal within fourteen days.

      Court recommends to the Bureau of Prisons that the defendant be evaluated for placement into a 500-hour drug treatment program.  The Court further recommends that the defendant be incarcerated in a Southern California facility.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

January 12, 2012
_____
Date

U. S. District Judge A. Howard Matz

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

January 12, 2012
_____
Filed Date

By   Stephen Montes
_____
Deputy Clerk

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

**STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE**

While the defendant is on probation or supervised release pursuant to this judgment:

USA vs.   David Ryan Tejera                    Docket No.:   CR10-01049-AHM

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;

16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

USA vs.  **David Ryan Tejera**                          Docket No.:   CR10-01049-AHM

X | The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

### STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1).  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).  Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

      1. Special assessments pursuant to 18 U.S.C. §3013;
      2. Restitution, in this sequence:
          Private victims (individual and corporate),
          Providers of compensation to private victims,
          The United States as victim;
      3. Fine;
      4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
      5. Other penalties and costs.

### SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure; and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

USA vs. **David Ryan Tejera**          Docket No.:   CR10-01049-AHM

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____          Deputy Marshal
Date

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____          Deputy Clerk
Filed Date

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
          Defendant                                  Date


_____          _____
U. S. Probation Officer/Designated Witness          Date

1           UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3      HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

4                - - -

5

6

7                             )

    UNITED STATES OF AMERICA,    )

8                             )

                PLAINTIFF,   )

9                           )

          vs.              ) No. CR10-1049-AHM

10                         )

    DAVID RYAN TEJERA,         )

11                         )

                DEFENDANT.   )

12   _____)

13

14

15        REPORTER'S TRANSCRIPT OF SENTENCING

16           LOS ANGELES, CALIFORNIA

17          MONDAY, JANUARY 9, 2012

18             3:00 P.M.

19

20

21

22      _____

23      CINDY L. NIRENBERG, CSR 5059, FCRR

          U.S. Official Court Reporter

24         312 North Spring Street

       Los Angeles, California 90012

25          *www.cindynirenberg.com*

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR THE PLAINTIFF:
                         OFFICE OF THE UNITED STATES ATTORNEY
 4                       BY: MARK AVEIS,
                              ASSISTANT U.S. ATTORNEY
 5                            EDWARD ALON,
                              ASSISTANT U.S. ATTORNEY
 6                       312 NORTH SPRING STREET
                         13TH FLOOR
 7                       LOS ANGELES, CA 90012
                         213-894-2434
 8


 9


10


11   FOR THE DEFENDANT:
                         OFFICE OF THE FEDERAL PUBLIC DEFENDER
12                       BY: CALLIE GLANTON STEELE,
                              DEPUTY FEDERAL PUBLIC DEFENDER
13                            NEHA MEHTA,
                              DEPUTY FEDERAL PUBLIC DEFENDER
14                       321 EAST 2ND STREET
                         LOS ANGELES, CA 90012
15                       213-894-2854

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              LOS ANGELES, CALIFORNIA; MONDAY, JANUARY 9, 2012

 2                             3:00 P.M.

 3                             - - - - -

 4              THE CLERK:  Calling Item Number 7, CR10-1049, USA

 5    versus David Ryan Tejera.

 6              Counsel, state your appearances, please.

 7              MR. AVEIS:  Good afternoon, Your Honor.  Mark Aveis

 8    and Edward Alon for the United States.

 9              With us at the counsel table are the case agents,

10    Sergeant Victor Fazio and Detective Odilon Malagon, of the

11    Ventura County Sheriff's office.  The spellings have been

12    provided to the court reporter.

13              THE COURT:  All right.  Thank you and good afternoon

14    to all of you.

15              MS. GLANTON STEELE:  Good afternoon, Your Honor.

16    Callie Glanton Steele and Neha Mehta on behalf of David Ryan

17    Tejera, who is present.

18              THE COURT:  All right.  And good afternoon to all of

19    you.

20              Please proceed to the lectern with your client, Ms.

21    Glanton Steele.

22              We're here for the pronouncement of judgment and the

23    imposition of sentence after the entry of the plea of guilty to

24    Count Three.

25              There was a lot of material that was submitted to the
```

1    Court for the purposes of this sentence.  And I will recite

2    what I have read, and that consists of the probation office's

3    pre-sentence report and the addenda, about which I will deal

4    with some of the objections which are, I think, misplaced, but

5    in any event I have to deal with them.

6           I read the position paper that the defendant filed on

7    January 3rd.  I read the revised recommendation that would

8    accompany the various submissions from the probation office in

9    the pre-sentence report.  I read the government's position

10   paper.  I read all the attachments and exhibits, including the

11   references from Mr. Herrington, Ms. Machen, Ms. Wagenet and Mr.

12   Trinkle relating to victim impacts.  I read all of the letters

13   that the defendant submitted in Exhibits B, C, D, Y and Z, all

14   of them, every one of them.

15          I looked at this video, which didn't tell me anything

16   different, but -- I see that the defendant's parents are in

17   court.  It didn't tell me anything different than they had

18   written, but I watched it -- I mean, I viewed it.

19          And I think that's all that I read.  Is there

20   anything that's been submitted to the Court for purpose of

21   sentence that I have not pronounced?

22          Mr. Aveis?

23          MR. AVEIS:  Nothing from the government.  Thank you.

24          MS. GLANTON STEELE:  No, Your Honor.

25          THE COURT:  And have you discussed these materials

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    with your client?

 2              MS. GLANTON STEELE:  Yes, Your Honor.

 3              THE COURT:  Are we ready to proceed?

 4              MS. GLANTON STEELE:  Yes, Your Honor.

 5              THE COURT:  Okay.  Does anybody want me to rule on

 6    the various objections that are addressed in the addenda?

 7              I'll make a ruling on the supervised release.  It's

 8    going to be ten years, but apart from those, the other things

 9    are so inconsequential to the actual sentence within the scope

10    and purpose of the Sentencing Act, I don't see the point of

11    addressing them.

12              Do you agree, Mr. Aveis?

13              MR. AVEIS:  I do.  I'd like to add one thing to that,

14    if I may.

15              THE COURT:  Yes.

16              MR. AVEIS:  Under Federal Rules of Criminal Procedure

17    32(i)(3)(B), the court has indicated the Court need only rule

18    on that which affects the sentence.

19              There is authority, however, given the reason for the

20    PSR being largely to assist the BOP in classifying the

21    defendant, that if the Court is not going to strike any

22    provisions in the PSR or add anything to it as requested by the

23    defense, it would likely go as it stands; that is, I'm

24    referring to the latest version, which was Document 45 filed

25    January 5, '12.
```

```
 1              THE COURT:  The second addenda?

 2              MR. AVEIS:  Correct, second revised report.

 3              It would likely go as is to the BOP.  And the case

 4   law appears to further indicate that if the Court is going to

 5   conclude that or rule that none of the objections is germane or

 6   relevant to the sentence, then a transcript of that should be

 7   attached either to the PSR or the J&C so that the BOP knows

 8   when it classifies the defendant that he's taken care of it.

 9              THE COURT:  Okay.  So what you're asking me to do is

10   to make sure that if I don't have to rule on all of these

11   inconsequential things, like whether or not David Tejera is an

12   alias or not, just attach a transcript?

13              MR. AVEIS:  Yes.

14              THE COURT:  That's what you're asking?

15              MR. AVEIS:  That's right.

16              THE COURT:  Ms. Steele?

17              MS. GLANTON STEELE:  Yes, Your Honor, that seems fine

18   with respect to that, but I would like the Court to address our

19   objection to paragraph Number 142, which indicated that he

20   obtained his GED but it said verification was pending.  We did

21   provide verification.  I believe that the Bureau of Prisons

22   does use that when they're performing an inmate -- like a

23   calculation for where a person should be housed, so I would ask

24   that the probation office amend the pre-sentence report before

25   it's sent to the BOP with respect to that issue.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Okay.

 2              MR. AVEIS:  If I may, at the new paragraph 142 on

 3    page 125, it indicates that was verified, so I think that's

 4    been handled.

 5              THE COURT:  It says "verified" at the end of

 6    paragraph 142.

 7              MS. GLANTON STEELE:  Oh, very well, Your Honor.

 8              MR. AVEIS:  I do have one final thing.  It's a bit

 9    dicey.  It relates to these, and I'd rather just get it out of

10    the way.

11              THE COURT:  Go ahead.

12              MR. AVEIS:  I see that we just have mainly family of

13    the defendant in the courtroom, but there is a reference in the

14    PSR -- I believe it's paragraph 108 -- to the defendant having

15    injected his -- the minor sister of someone else and then

16    having kissed her.  Ordinarily, I would think that would be --

17              THE COURT:  I remember reading that.

18              MR. AVEIS:  Ordinarily, I would -- not to be

19    cavalier, I'd consider that somewhat inconsequential except

20    that I believe out of fairness to the defendant, because the

21    defense has raised a bunch of objections, that I think they are

22    driving at the question of proper classification and the

23    defendant's custodial protection and security.  That's a bit of

24    a salacious, extreme kind of a reference that he injected her

25    and kissed her, and --
```

```
1              THE COURT:  So what are you asking for, Mr. Aveis?

2              MR. AVEIS:  Maybe either, A, that "he kissed her" be

3     deleted or that at least the Court rule that -- make clear the

4     Court is not ruling on the effect of that at all.

5              THE COURT:  Okay.  I'm not going to subject the

6     probation office to an unnecessary, intrusive need to revise

7     anything that has no bearing.  This has no bearing.  It said it

8     did not lead to anything else.

9              MR. AVEIS:  Right.

10             THE COURT:  I'm not relying on it, and the

11    transcript, which will be attached, should reflect that I don't

12    think that anything in paragraph 108 warrants a different

13    classification or treatment than would otherwise have appeared

14    if 108 was not in there.

15             MR. AVEIS:  Fair enough.  Thank you.

16             THE COURT:  Okay.  So I'm ordering the courtroom

17    deputy clerk to obtain a copy of the transcript of this

18    proceeding and to attach it as part of the Judgment and

19    Commitment Order, that the Judgment and Commitment Order

20    reflect that it incorporates the transcript.

21             Now, turning to the more fundamental and pertinent

22    aspects of this proceeding, the first order of business here,

23    and in all cases, is to let the parties know what I find to be

24    the applicable guideline range.  And there is no dispute about

25    that -- both sides agree -- that it's based on a criminal
```

1    history category of V, a total offense level after credit for

2    acceptance of responsibility of 35.

3            That leads to a guideline range of 262 months at the

4    low end, 327 months at the high end.

5            The parties have reached a plea agreement as to what

6    a reasonable sentence would be, and that is a sentence at the

7    low end -- the lowest end, namely 262 months, of this

8    applicable guideline range.

9            And I've thought about this carefully and have

10   concluded that such a sentence would be reasonable within the

11   scope and purpose and meaning of the Sentencing Act, and that's

12   the sentence that I will pronounce.

13           To start with, it is a very lengthy sentence.  It's

14   21 years and ten months.  My calculation suggests that this

15   defendant has been in custody for around 16 months or so

16   already.

17           Such a lengthy sentence, which will put him out of

18   the scope of societal involvement for decades in aggregate and

19   at a time when he will spend his relatively young years in

20   prison, is a punishment that's just, considering the horrible

21   conduct that he engaged in and the consequence of that conduct

22   with the deaths of two people.

23           It will promote respect for the law, and it's

24   intended to do that.

25           A sentence lower than the guideline range, which by

1    definition could be considered a factor, not dispositive, of

2    what is reasonable would not be sufficient, but this one is.

3            It takes into account that this defendant was young

4    when he committed the offense; not so young as to be oblivious

5    to what he was doing, however, but at least not someone who had

6    spent a lengthier period of adult life engaged in crimes.

7            It will accomplish the objective of deterrence, as I

8    already indicated.

9            Putting Mr. Tejera away for such a lengthy period

10   will protect the public from further crimes.

11           It's a sentence that falls within the sentencing

12   range that's established in the guidelines.

13           And I personally have not imposed sentences on

14   individuals convicted of this criminal conduct with these

15   disastrous consequences in a previous occasion, so there isn't

16   a risk that I would be inadvertently providing a disparity --

17   an unwarranted disparity between Mr. Tejera and others.

18           So I think for all those reasons, it is a sentence

19   that falls within the meaning and purpose and objectives of the

20   Sentencing Act, and that will be the sentence I impose.

21           But the probation office recommended a five-year term

22   of supervised release.  I don't think that's lengthy enough.

23           The defendant wanted it to be reduced even further to

24   three years.  That's out of the question.

25           The Unites States Attorney's office requested 15

```
 1   years.

 2            I'm going to make it ten years, and by then, I

 3   calculate that Mr. Tejera will be in his early 50s, and I think

 4   at that point further supervision won't be necessary to

 5   accomplish the purpose of the supervision.  So it's going to be

 6   a ten-year term.

 7            Those are my findings.  Is there anything that you

 8   wish to add to your papers, Mr. Aveis?

 9            MR. AVEIS:  No, thank you.

10            THE COURT:  You have a right to be heard.  If there's

11   something you'd like to say, please feel free.

12            MR. AVEIS:  No, thank you.  Submitted.

13            THE COURT:  Ms. Steele?

14            MS. GLANTON STEELE:  Yes, Your Honor, just briefly.

15            As the Court is aware from the voluminous filings,

16   this is really a sad case from everyone's perspective, from the

17   perspective of the victims and their families and from the

18   perspective of Mr. Tejera and his family.

19            As this Court pointed out, his family is here.  His

20   father and his mother are both here, as well as his

21   grandparents on his mother's side, his sister and his

22   stepmother.  They all came to support Mr. Tejera.

23            THE COURT:  That's a good sign.

24            MS. GLANTON STEELE:  Yes, Your Honor.

25            And I think -- I appreciate the Court's consideration
```

1    of our stipulated sentence, and I think that it is justified

2    when you look back at Mr. Tejera's life.

3             From the letters and from the video, the Court can

4    see that Mr. Tejera, before he had a severe drug addiction, was

5    a good person.  People all said that he was light-hearted, fun,

6    had a good sense of humor, and he was the kind of person that

7    would give you the shirt off of his back.

8             His grandfather pointed out a very -- a nice example

9    where David had asked at the age of 12 to be baptized, because

10   his grandfather is a pastor, and he did, and that was something

11   that David asked himself.  And after he did it, David sent a

12   thank you note to his grandfather.

13            His paternal grandmother also noted that when David

14   was 8 years old and they were all together with the family and

15   she had a backache, instead of going out and playing with the

16   other children, David massaged her back and prayed for her, and

17   she said, you know, "Go ahead.  Go and play with the other

18   kids," and he would come back and check on her.

19            So this is a person who is good, has a lot of good

20   qualities but had some very difficult situations.  And as the

21   Court is aware, he -- as his mother and father have indicated,

22   he has been diagnosed with ADD, bipolar disorder and

23   depression, and, unfortunately, he had a severe drug problem

24   that got him into this situation.

25            Your Honor, Mr. Tejera has indicated to his family

1    members, as is indicated in the letters, that he is very sorry

2    for anything that's happened, anything that he's caused.

3         He is going to take these 21 years and ten months to

4    really get his life in order, to get his spirit right and to

5    move forward when he gets out of custody.

6         So, Your Honor, we would ask -- we would ask that the

7    Court follow the stipulated sentence and the sentence the Court

8    indicated that it would impose.

9         And I would like to address just briefly, Your Honor,

10   the supervised release condition with respect to gangs.  I

11   don't know if the Court wanted me to address that.

12        THE COURT:  I'm not going to have a sufficient basis

13   to make a definitive finding about whether he was a member of

14   or remained affiliated with the Tocas gang, but there is no

15   reason not to include it.

16        It won't be prejudicial to him, it's a safeguard for

17   the public, and I don't think that your objection to that

18   provision of supervised release is justified.  So I have

19   considered it, but I'm not going to grant your request.

20        MS. GLANTON STEELE:  Very well, Your Honor.

21        And, finally, we would ask the Court to recommend to

22   the Bureau of Prisons that he be designated to a facility in

23   Southern California so that he may be near his family.

24        THE COURT:  That, I will do.

25        MS. GLANTON STEELE:  Thank you.

```
 1                THE COURT:  Mr. Tejera, would you like to be heard?

 2                THE DEFENDANT:  You know what, I thought some other

 3   people might be here, but I wrote something, so I guess I might

 4   as well.

 5                THE COURT:  Go ahead.  You have a right to.

 6                THE DEFENDANT:  Excuse me.  I'm kind of nervous

 7   and --

 8                THE COURT:  Don't worry about it.  I understand.

 9                THE DEFENDANT:  First of all, I would like to

10   apologize to the Court and my family.  This has been an

11   experience.

12                For days, I entertained the idea that I could write

13   something perfect, transpire 23 years into a dozen heartbeats

14   and the most beautiful words.  I'm afraid those words are hard

15   to come by.  This tragedy has affected so many lives beyond

16   expression, and I'm so sorry.

17                I've always wanted something more from life.  There's

18   a fire inside me that I've yet to understand, but I'm getting

19   there.

20                I've been incarcerated nearly two years now.  Each

21   second grips its own eternity.  Friends have become memories

22   and every tear its own story.

23                A lapse in judgment accompanied by my addiction led

24   me to situations that unfolded uncontrollably before my eyes.

25                I can't reduce the lives of friends to saying that I
```

 1    just learned a lesson.  They're worth so much more than that.

 2              This nightmare has saved my life, and in time I

 3    promise I will do everything I can to give it back.

 4              That's it.

 5              THE COURT:  All right.  Thank you, Mr. Tejera.

 6              Now I will recite the sentence.  And it's customary

 7    to read it, so that's what I will do.

 8              MR. AVEIS:  Your Honor, may I please speak with

 9    counsel for a second?

10              THE COURT:  Yes.

11         *(Counsel confer off the record.)*

12              MS. GLANTON STEELE:  Your Honor, if the Court -- is

13    the Court also inclined to order the 500-hour program as we

14    have requested?

15              THE COURT:  Yes.

16              MS. GLANTON STEELE:  Thank you.

17              THE COURT:  I have made my findings about the

18    applicable guideline range.

19              You shall pay to the United States a special

20    assessment of $100, and that's due immediately.  Any unpaid

21    balance shall be due during the period of imprisonment at the

22    rate of not less than $25 per quarter.  That's pursuant to the

23    Bureau of Prisons Inmate Financial Responsibility Program.

24              You shall pay restitution in the total amount of

25    $6,735.53.  That's pursuant to 18 USC, section 3663.  And

1    $4,801.10 shall be paid to Antonio and Maria Alonso and

2    1,934.43 to Jean Oleson.

3            That restitution shall be due during the period of

4    imprisonment at the rate of not less than $25 per quarter and

5    pursuant to the Bureau of Prisons Inmate Financial

6    Responsibility Program.

7            If any amount of the restitution remains unpaid after

8    you get released from custody, then you must pay nominal

9    monthly payments of at least 10 percent of your gross monthly

10   income, but not less than a hundred dollars per month,

11   whichever is greater, during the period of supervised release,

12   and those payments shall begin 30 days after you begin

13   supervision.

14           Nominal restitution payments are ordered because I

15   find that your economic circumstances don't allow for either

16   immediate or future payment of the amount ordered.

17           Pursuant to 18 USC, section 3612(f)(3)(A), I won't

18   require interest on the restitution because you don't have the

19   ability to pay interest, but you may be subject to penalties

20   for default and delinquency pursuant to 18 USC, section

21   36(12)(G).

22           You shall comply with General Order Number 01-05.

23           I won't fine you because you don't have the ability

24   to pay a fine in addition to restitution.

25           I recommend that the Bureau of Prisons conduct a

1   mental health evaluation and provide all necessary treatment,

2   and that it evaluate you for eligibility in the so-called

3   500-hour drug assistance and amelioration program.

4          Pursuant to the Sentencing Reform Act of 1984, you

5   are hereby committed on Count Three of the indictment to the

6   custody of the Bureau of Prisons to be imprisoned for a term of

7   262 months.

8          When you get released from imprisonment, you shall be

9   placed on supervised release for a term of ten years.

10         And here are the terms and conditions.

11         First, you must comply with the rules and regulations

12   of the probation office and General Order 05-02.

13         Next, you must refrain from any unlawful use of a

14   controlled substance.  You must submit to one drug test within

15   15 days of release from imprisonment and at least two periodic

16   drug tests thereafter, but not to exceed eight tests per month,

17   as directed by the probation officer.

18         Next, you must participate in an outpatient substance

19   abuse treatment and counseling program.  That includes

20   urinalysis, breath testing or sweat patch testing, or all of

21   them, as directed by the probation officer.

22         You must abstain from using illicit drugs and alcohol

23   and abusing prescription medications during that period of

24   supervision.

25         Next, during the course of supervision, the probation

1    officer with your agreement and that of your lawyer may place

2    you in a residential drug treatment program approved by the

3    probation office for treatment of narcotic addiction or drug

4    dependency.  That can include counseling and testing to

5    determine if you have reverted to the use of drugs, and you

6    shall reside in the treatment program until you are discharged

7    by the program director and the probation officer.

8              Next, you must participate in mental health

9    treatment.  That can include evaluation and counseling until

10   you are discharged from the treatment by the treatment provider

11   with the approval of the probation officer.

12             Next, as directed by the probation officer, you shall

13   pay all or part of the cost of treating your substance abuse

14   and mental health treatment to the aftercare contractor.

15   That's during the period of community supervision.  You shall

16   provide payment and proof of payment as directed by the

17   probation officer.

18             Next, during the period of community supervision, you

19   shall pay the special assessment and restitution in accordance

20   with this judgment's orders pertaining to that payment.

21             Next, when you're not employed or excused by the

22   probation officer for schooling, training or some other

23   acceptable reason, you shall perform 20 hours of community

24   service per week as directed by the probation officer.

25             Next, you must cooperate in the collection of a DNA

1    sample.

2          Next, you must apply all money that you may receive

3    from income tax refunds or lottery winnings, inheritance,

4    judgments, and any anticipated or unexpected financial gains to

5    that court-ordered restitution, that financial obligation that

6    I mentioned at the beginning.

7          Next, you may not and shall not associate with anyone

8    you know to be a Tocas gang member or others that you know to

9    be participants in that gang's criminal activities unless it's

10   a family member.

11         You may not wear, display, use or possess any gang

12   insignias, emblems, badges, buttons, caps, hats, jackets,

13   shoes, or any other clothing that you know shows some

14   affiliation with the Tocas gang, and you may not display any

15   signs or gestures that show some kind of affiliation with that

16   gang.

17         Finally, as directed by the probation officer, you

18   may not and shall not be present in any area that you know to

19   be a location where members of the Tocas gang meet or assemble.

20         I authorize the probation office to disclose the

21   pre-sentence report to the substance abuse treatment provider

22   to facilitate your treatment for narcotic addiction or drug

23   dependency, but further redisclosure of the pre-sentence report

24   by the treatment provider is prohibited unless I consent.

25         I authorize the probation officer to disclose the

 1   pre-sentence report or any previous mental health evaluation or

 2   report to the treatment provider, and the treatment provider

 3   may provide information -- but not including that pre-sentence

 4   report; it has to be excluded -- to the state or local social

 5   service agencies, such as the State of California Department of

 6   Social Services, for the purpose of your rehabilitation.

 7            I recommend that the Bureau of Prisons designate a

 8   penal institution in Southern California for placement for this

 9   defendant.

10            Is there a motion from the government?

11            MR. AVEIS:  Yes, to dismiss all remaining counts,

12   please.

13            THE COURT:  All right.  I grant that motion.

14            You have given up your right to appeal the sentence

15   as a result of the plea agreement, but if you were to somehow

16   have a right to appeal or seek to do so, you'd have to file a

17   Notice of Appeal within 14 days.

18            I think that takes care of everything.

19            Anything further, counsel?

20            MR. AVEIS:  Nothing from the government.  Thank you.

21            MS. GLANTON STEELE:  No, Your Honor.  Thank you.

22       *(Proceedings concluded.)*

23                          --oOo--

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1

 2

 3                         CERTIFICATE

 4

 5      I hereby certify that pursuant to Section 753,

 6  Title 28, United States Code, the foregoing is a true and

 7  correct transcript of the stenographically reported

 8  proceedings held in the above-entitled matter and that the

 9  transcript page format is in conformance with the

10  regulations of the Judicial Conference of the United States.

11

12  Date: JANUARY 13, 2012

13

14

15

16

17           /s/  Cindy L. Nirenberg, CSR No. 5059

18                         Official Court Reporter

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**9**

90012 [3]   1/24 2/7 2/14

**$**

$100 [1]   15/20
$25 [2]   15/22 16/4
$4,801.10 [1]   16/1
$6,735.53 [1]   15/25

**'**

'12 [1]   5/25

**–**

--oOo [1]   20/23

**/**

/s [1]   21/17

**0**

01-05 [1]   16/22
02 [1]   17/12
05 [1]   16/22
05-02 [1]   17/12

**1**

1,934.43 [1]   16/2
10 [1]   16/9
1049 [1]   3/4
108 [3]   7/14 8/12 8/14
12 [2]   12/9 16/21
125 [1]   7/3
13 [1]   21/12
13TH [1]   2/6
14 [1]   20/17
142 [3]   6/19 7/2 7/6
15 [2]   10/25 17/15
16 [1]   9/15
18 [3]   15/25 16/17 16/20
1984 [1]   17/4

**2**

20 [1]   18/23
2012 [3]   1/17 3/1 21/12
21 [2]   9/14 13/3
213-894-2434 [1]   2/7
213-894-2854 [1]   2/15
23 [1]   14/13
2434 [1]   2/7
262 [3]   9/3 9/7 17/7
28 [1]   21/6
2854 [1]   2/15
2ND [1]   2/14

**3**

30 [1]   16/12
312 [2]   1/24 2/6
32 [1]   5/17
321 [1]   2/14
327 [1]   9/4
35 [1]   9/2
36 [1]   16/21
3612 [1]   16/17
3663 [1]   15/25
3:00 [2]   1/18 3/2
3rd [1]   4/7

**4**

45 [1]   5/24

**5**

500-hour [2]   15/13 17/3
5059 [2]   1/23 21/17
50s [1]   11/3

**7**

753 [1]   21/5

**A**

ability [2]   16/19 16/23
about [6]   4/3 8/24 9/9 13/13 14/8 15/17
above [1]   21/8
above-entitled [1]   21/8
abstain [1]   17/22
abuse [3]   17/19 18/13 19/21
abusing [1]   17/23
acceptable [1]   18/23
acceptance [1]   9/2
accompanied [1]   14/23
accompany [1]   4/8
accomplish [2]   10/7 11/5
accordance [1]   18/19
account [1]   10/3
Act [4]   5/10 9/11 10/20 17/4
activities [1]   19/9
actual [1]   5/9
add [4]   5/13 5/22 11/8 12/22
addenda [3]   4/3 5/6 6/1
addiction [4]   12/4 14/23 18/3 19/22
addition [1]   16/24
address [3]   6/18 13/9 13/11
addressed [1]   5/6
addressing [1]   5/11
adult [1]   10/6
affected [1]   14/15
affects [1]   5/18
affiliated [1]   13/14
affiliation [2]   19/14 19/15
afraid [1]   14/14
after [5]   3/23 9/1 12/11 16/7 16/12
aftercare [1]   18/14
afternoon [4]   3/7 3/13 3/15 3/18
age [1]   12/9
agencies [1]   20/5
agents [1]   3/9
aggregate [1]   9/18
agree [2]   5/12 8/25
agreement [3]   9/5 18/1 20/15
ahead [3]   7/11 12/17 14/5
AHM [1]   1/9
alcohol [1]   17/22
alias [1]   6/12
all [23]
allow [1]   16/15
ALON [2]   2/5 3/8
Alonso [1]   16/1
already [2]   9/16 10/8
also [2]   12/13 15/13
always [1]   14/17
amelioration [1]   17/3
amend [1]   6/24
AMERICA [1]   1/7
amount [3]   15/24 16/7 16/16
ANGELES [5]   1/16 1/24 2/7 2/14 3/1
anticipated [1]   19/4
Antonio [1]   16/1
any [11]   4/5 5/21 15/20 16/7 17/13 19/4
  19/11 19/13 19/14 19/18 20/1
anybody [1]   5/5
anyone [1]   19/7
anything [11]   4/15 4/17 4/20 5/22 8/7 8/8
  8/12 11/7 13/2 13/2 20/19
apart [1]   5/8
apologize [1]   14/10
appeal [3]   20/14 20/16 20/17
appearances [2]   2/1 3/6
appeared [1]   8/13

## A

appears [1] 6/4
applicable [3] 8/24 9/8 15/18
apply [1] 19/2
appreciate [1] 11/25
approval [1] 18/11
approved [1] 18/2
are [16] 3/9 4/4 4/16 5/3 5/6 5/9 7/21 8/1 11/7 11/20 14/14 16/14 17/5 17/10 18/6 18/10
area [1] 19/18
around [1] 9/15
as [24]
ask [4] 6/23 13/6 13/6 13/21
asked [2] 12/9 12/11
asking [3] 6/9 6/14 8/1
aspects [1] 8/22
assemble [1] 19/19
assessment [2] 15/20 18/19
assist [1] 5/20
assistance [1] 17/3
ASSISTANT [2] 2/4 2/5
associate [1] 19/7
attach [2] 6/12 8/18
attached [2] 6/7 8/11
attachments [1] 4/10
ATTORNEY [3] 2/3 2/4 2/5
Attorney's [1] 10/25
authority [1] 5/19
authorize [2] 19/20 19/25
AVEIS [6] 2/4 3/7 4/22 5/12 8/1 11/8
aware [2] 11/15 12/21
away [1] 10/9

## B

back [5] 12/2 12/7 12/16 12/18 15/3
backache [1] 12/15
badges [1] 19/12
balance [1] 15/21
baptized [1] 12/9
based [1] 8/25
basis [1] 13/12
be [37]
bearing [2] 8/7 8/7
beautiful [1] 14/14
because [5] 7/20 12/9 16/14 16/18 16/23
become [1] 14/21
been [7] 3/11 4/20 7/4 9/15 12/22 14/10 14/20
before [3] 6/24 12/4 14/24
begin [2] 16/12 16/12
beginning [1] 19/6
behalf [1] 3/16
being [1] 5/20
believe [3] 6/21 7/14 7/20
between [1] 10/17
beyond [1] 14/15
bipolar [1] 12/22
bit [2] 7/8 7/23
BOP [4] 5/20 6/3 6/7 6/25
both [2] 8/25 11/20
breath [1] 17/20
briefly [2] 11/14 13/9
bunch [1] 7/21
Bureau [7] 6/21 13/22 15/23 16/5 16/25 17/6 20/7
business [1] 8/22
buttons [1] 19/12

## C

CA [2] 2/7 2/14
calculate [1] 11/3
calculation [2] 6/23 9/14

CALIFORNIA [7] 1/2 1/16 1/24 3/1 13/23 20/5 21/12
called [1] 1/2
CALLIE [2] 2/12 3/16
Calling [1] 3/4
came [1] 11/22
can [4] 12/3 15/3 18/4 18/9
can't [1] 14/25
caps [1] 19/12
care [2] 6/8 20/18
carefully [1] 9/9
case [3] 3/9 6/3 11/16
cases [1] 8/23
category [1] 9/1
caused [1] 13/2
cavalier [1] 7/19
CENTRAL [1] 1/2
CERTIFICATE [1] 21/3
certify [1] 21/5
check [1] 12/18
children [1] 12/16
CINDY [2] 1/23 21/17
circumstances [1] 16/15
classification [2] 7/22 8/13
classifies [1] 6/8
classifying [1] 5/20
clear [1] 8/3
clerk [1] 8/17
client [2] 3/20 5/1
clothing [1] 19/13
Code [1] 21/6
collection [1] 18/25
come [2] 12/18 14/15
Commitment [2] 8/19 8/19
committed [2] 10/4 17/5
community [3] 18/15 18/18 18/23
comply [2] 16/22 17/11
conclude [1] 6/5
concluded [2] 9/10 20/22
condition [1] 13/10
conditions [1] 17/10
conduct [4] 9/21 9/21 10/14 16/25
confer [1] 15/11
Conference [1] 21/10
conformance [1] 21/9
consent [1] 19/24
consequence [1] 9/21
consequences [1] 10/15
consider [1] 7/19
consideration [1] 11/25
considered [2] 10/1 13/19
considering [1] 9/20
consists [1] 4/2
contractor [1] 18/14
controlled [1] 17/14
convicted [1] 10/14
cooperate [1] 18/25
copy [1] 8/17
correct [2] 6/2 21/7
cost [1] 18/13
could [2] 10/1 14/12
counsel [6] 2/1 1/6 3/9 15/9 15/11 20/19
counseling [3] 17/19 18/4 18/9
Count [2] 3/24 17/5
counts [1] 20/11
County [1] 3/11
course [1] 17/25
court [26]
Court's [1] 11/25
court-ordered [1] 19/5
courtroom [2] 7/13 8/16
CR10 [2] 1/9 3/4
CR10-1049 [1] 3/4

**C**

CALU-1049-AHM **[1]** 1/9

**credit [1]** 9/1
**crimes [2]** 10/6 10/10
**criminal [4]** 5/16 8/25 10/14 19/9
**CSR [2]** 1/23 21/17
**custodial [1]** 7/23
**custody [4]** 9/15 13/5 16/8 17/6
**customary [1]** 15/6

**D**

**Date [1]** 21/12
**DAVID [9]** 1/10 3/5 3/16 6/11 12/9 12/11 12/11 12/13 12/16
**days [4]** 14/12 16/12 17/15 20/17
**deal [2]** 4/3 4/5
**deaths [1]** 9/22
**decades [1]** 9/18
**default [1]** 16/20
**defendant [13]** 1/11 2/11 4/6 4/13 5/21 6/8 7/13 7/14 7/20 9/15 10/3 10/23 20/9
**defendant's [2]** 4/16 7/23
**DEFENDER [3]** 2/11 2/12 2/13
**defense [2]** 5/23 7/21
**definition [1]** 10/1
**definitive [1]** 13/13
**deleted [1]** 8/3
**delinquency [1]** 16/20
**Department [1]** 20/5
**dependency [2]** 18/4 19/23
**depression [1]** 12/23
**deputy [3]** 2/12 2/13 8/17
**designate [1]** 20/7
**designated [1]** 13/22
**Detective [1]** 3/10
**determine [1]** 18/5
**deterrence [1]** 10/7
**diagnosed [1]** 12/22
**dicey [1]** 7/9
**did [4]** 6/20 8/8 12/10 12/11
**didn't [2]** 4/15 4/17
**different [3]** 4/16 4/17 8/12
**difficult [1]** 12/20
**directed [6]** 17/17 17/21 18/12 18/16 18/24 19/17
**director [1]** 18/7
**disastrous [1]** 10/15
**discharged [2]** 18/6 18/10
**disclose [2]** 19/20 19/25
**discussed [1]** 4/25
**dismiss [1]** 20/11
**disorder [1]** 12/22
**disparity [2]** 10/16 10/17
**display [2]** 19/11 19/14
**dispositive [1]** 10/1
**dispute [1]** 8/24
**DISTRICT [3]** 1/1 1/2 1/3
**DIVISION [1]** 1/2
**DNA [1]** 18/25
**do [9]** 5/12 5/13 6/9 7/8 9/24 13/24 15/3 15/7 20/16
**Document [1]** 5/24
**does [2]** 5/5 6/22
**doing [1]** 10/5
**dollars [1]** 16/10
**don't [10]** 5/10 6/10 8/11 10/22 13/11 13/17 14/8 16/15 16/18 16/23
**dozen [1]** 14/13
**driving [1]** 7/22
**drug [8]** 12/4 12/23 17/3 17/14 17/16 18/2 18/3 19/22
**drugs [2]** 17/22 18/5

**due [3]** 15/20 15/21 16/3
**during [7]** 15/23 16/3 16/6 16/11 17/23 17/25 18/15 18/18

**E**

**Each [1]** 14/20
**early [1]** 11/3
**EAST [1]** 2/14
**economic [1]** 16/15
**edwaRD [2]** 2/5 3/8
**effect [1]** 8/4
**eight [1]** 17/16
**either [3]** 6/7 8/2 16/15
**eligibility [1]** 17/2
**else [2]** 7/15 8/8
**emblems [1]** 19/12
**employed [1]** 18/21
**end [5]** 7/5 9/4 9/4 9/7 9/7
**engaged [2]** 9/21 10/6
**enough [2]** 8/15 10/22
**entertained [1]** 14/12
**entitled [1]** 21/8
**entry [1]** 3/23
**established [1]** 10/12
**eternity [1]** 14/21
**evaluate [1]** 17/2
**evaluation [3]** 17/1 18/9 20/1
**even [1]** 10/23
**event [1]** 4/5
**every [2]** 4/14 14/22
**everyone's [1]** 11/16
**everything [2]** 15/3 20/18
**example [1]** 12/8
**exceed [1]** 17/16
**except [1]** 7/19
**excluded [1]** 20/4
**Excuse [1]** 14/6
**excused [1]** 18/21
**exhibits [2]** 4/10 4/13
**experience [1]** 14/11
**expression [1]** 14/16
**extreme [1]** 7/24
**eyes [1]** 14/24

**F**

**facilitate [1]** 19/22
**facility [1]** 13/22
**factor [1]** 10/1
**Fair [1]** 8/15
**fairness [1]** 7/20
**falls [2]** 10/11 10/19
**families [1]** 11/17
**family [8]** 7/12 11/18 11/19 12/14 12/25 13/23 14/10 19/10
**father [2]** 11/20 12/21
**Fazio [1]** 3/10
**FCRR [1]** 1/23
**FEDERAL [4]** 2/11 2/12 2/13 5/16
**feel [1]** 11/11
**file [1]** 20/16
**filed [2]** 4/6 5/24
**filings [1]** 11/15
**final [1]** 7/8
**finally [2]** 13/21 19/17
**financial [4]** 15/23 16/5 19/4 19/5
**find [2]** 8/23 16/15
**finding [1]** 13/13
**findings [2]** 11/7 15/17
**fine [3]** 6/17 16/23 16/24
**fire [1]** 14/18
**first [3]** 8/22 14/9 17/11
**five [1]** 10/21
**five-year [1]** 10/21

**F**

**LABOR [1]** 2/6
**follow [1]** 13/7
**foregoing [1]** 21/6
**format [1]** 21/9
**forward [1]** 13/5
**free [1]** 11/11
**friends [2]** 14/21 14/25
**fun [1]** 12/5
**fundamental [1]** 8/21
**further [6]** 6/4 10/10 10/23 11/4 19/23 20/19
**future [1]** 16/16

**G**

**gains [1]** 19/4
**gang [6]** 13/14 19/8 19/11 19/14 19/16 19/19
**gang's [1]** 19/9
**gangs [1]** 13/10
**GED [1]** 6/20
**General [2]** 16/22 17/12
**germane [1]** 6/5
**gestures [1]** 19/15
**get [5]** 7/9 13/4 13/4 16/8 17/8
**gets [1]** 13/5
**getting [1]** 14/18
**give [2]** 12/7 15/3
**given [2]** 5/19 20/14
**GLANTON [3]** 2/12 3/16 3/21
**go [6]** 5/23 6/3 7/11 12/17 12/17 14/5
**going [10]** 5/8 5/21 6/4 8/5 11/2 11/5 12/15 13/3 13/12 13/19
**good [9]** 3/7 3/13 3/15 3/18 11/23 12/5 12/6 12/19 12/19
**got [1]** 12/24
**government [3]** 4/23 20/10 20/20
**government's [1]** 4/9
**grandfather [3]** 12/8 12/10 12/12
**grandmother [1]** 12/13
**grandparents [1]** 11/21
**grant [2]** 13/19 20/13
**greater [1]** 16/11
**grips [1]** 14/21
**gross [1]** 16/9
**guess [1]** 14/3
**guideline [5]** 8/24 9/3 9/8 9/25 15/18
**guidelines [1]** 10/12
**guilty [1]** 3/23

**H**

**had [8]** 4/17 10/5 12/4 12/6 12/9 12/15 12/20 12/23
**handled [1]** 7/4
**happened [1]** 13/2
**hard [1]** 14/14
**has [12]** 5/17 7/21 8/7 8/7 9/15 12/19 12/22 12/25 14/10 14/15 15/2 20/4
**hats [1]** 19/12
**have [26]**
**having [2]** 7/14 7/16
**he [22]**
**he's [2]** 6/8 13/2
**health [4]** 17/1 18/8 18/14 20/1
**heard [2]** 11/10 14/1
**heartbeats [1]** 14/13
**hearted [1]** 12/5
**held [1]** 21/8
**her [7]** 7/16 7/24 7/25 8/2 12/16 12/16 12/18
**here [6]** 3/22 8/22 11/19 11/20 14/3 17/10
**hereby [2]** 17/5 21/5
**Herrington [1]** 4/11
**high [1]** 9/4

**him [3]** 9/17 12/24 13/16
**himself [1]** 12/3
**his [22]**
**history [1]** 9/1
**Honor [16]** 3/7 3/15 4/24 5/2 5/4 6/17 7/7 11/14 11/24 12/25 13/6 13/9 13/20 15/8 15/12 20/21
**HONORABLE [1]** 1/3
**horrible [1]** 9/20
**hour [2]** 15/13 17/3
**hours [1]** 18/23
**housed [1]** 6/23
**HOWARD [1]** 1/3
**however [2]** 5/19 10/5
**humor [1]** 12/6
**hundred [1]** 16/10

**I**

**I'd [3]** 5/13 7/9 7/19
**I'll [1]** 5/7
**I'm [11]** 5/23 8/5 8/10 8/16 11/2 13/12 13/19 14/6 14/14 14/16 14/18
**I've [4]** 9/9 14/17 14/18 14/20
**idea [1]** 14/12
**illicit [1]** 17/22
**immediate [1]** 16/16
**immediately [1]** 15/20
**impacts [1]** 4/12
**impose [2]** 10/20 13/8
**imposed [1]** 10/13
**imposition [1]** 3/23
**imprisoned [1]** 17/6
**imprisonment [4]** 15/21 16/4 17/8 17/15
**inadvertently [1]** 10/16
**incarcerated [1]** 14/20
**inclined [1]** 15/13
**include [3]** 13/15 18/4 18/9
**includes [1]** 17/19
**including [2]** 4/10 20/3
**income [2]** 16/10 19/3
**inconsequential [3]** 5/9 6/11 7/19
**incorporates [1]** 8/20
**indicate [1]** 6/4
**indicated [7]** 5/17 6/19 10/8 12/21 12/25 13/1 13/8
**indicates [1]** 7/3
**indictment [1]** 17/5
**individuals [1]** 10/14
**information [1]** 20/3
**inheritance [1]** 19/3
**injected [2]** 7/15 7/24
**inmate [3]** 6/22 15/23 16/5
**inside [1]** 14/18
**insignias [1]** 19/12
**instead [1]** 12/15
**institution [1]** 20/8
**intended [1]** 9/24
**interest [2]** 16/18 16/19
**intrusive [1]** 8/6
**involvement [1]** 9/18
**is [40]**
**isn't [1]** 10/15
**issue [1]** 6/25
**it [38]**
**it's [12]** 5/7 6/25 7/8 7/14 8/25 9/13 9/23 10/11 11/5 13/16 15/6 19/9
**Item [1]** 3/4
**its [2]** 14/21 14/22

**J**

**jackets [1]** 19/12
**JANUARY [5]** 1/17 3/1 4/7 5/25 21/12
**Jean [1]** 16/2

**J**

JUDGE [1]  1/3
**judgment [4]**  3/22 8/18 8/19 14/23
**judgment's [1]**  18/20
**judgments [1]**  19/4
**Judicial [1]**  21/10
**just [7]**  6/12 7/9 7/12 9/20 11/14 13/9 15/1
**justified [2]**  12/1 13/18

**K**

**kids [1]**  12/18
**kind [4]**  7/24 12/6 14/6 19/15
**kissed [3]**  7/16 7/25 8/2
**know [8]**  8/23 12/17 13/11 14/2 19/8 19/8
  19/13 19/18
**knows [1]**  6/7

**L**

**lapse [1]**  14/23
**largely [1]**  5/20
**latest [1]**  5/24
**law [2]**  6/4 9/23
**lawyer [1]**  18/1
**lead [1]**  8/8
**leads [1]**  9/3
**learned [1]**  15/1
**least [4]**  8/3 10/5 16/9 17/15
**lectern [1]**  3/20
**led [1]**  14/23
**lengthier [1]**  10/6
**lengthy [4]**  9/13 9/17 10/9 10/22
**less [3]**  15/22 16/4 16/10
**lesson [1]**  15/1
**let [1]**  8/23
**letters [3]**  4/12 12/3 13/1
**level [1]**  9/1
**life [5]**  10/6 12/2 13/4 14/17 15/2
**light [1]**  12/5
**light-hearted [1]**  12/5
**like [8]**  5/13 6/11 6/18 6/22 11/11 13/9
  14/1 14/9
**likely [2]**  5/23 6/3
**lives [2]**  14/15 14/25
**local [1]**  20/4
**location [1]**  19/19
**look [1]**  12/2
**looked [1]**  4/15
**LOS [5]**  1/16 1/24 2/7 2/14 3/1
**lot [2]**  3/25 12/19
**lottery [1]**  19/3
**low [2]**  9/4 9/7
**lower [1]**  9/25
**lowest [1]**  9/7

**M**

**Machen [1]**  4/11
**made [1]**  15/17
**mainly [1]**  7/12
**make [5]**  5/7 6/10 8/3 11/2 13/13
**Malagon [1]**  3/10
**many [1]**  14/15
**Maria [1]**  16/1
**MARK [2]**  2/4 3/7
**massaged [1]**  12/16
**material [1]**  3/25
**materials [1]**  4/25
**matter [1]**  21/8
**MATZ [1]**  1/3
**may [12]**  5/14 7/2 13/23 15/8 16/19 18/1
  19/2 19/7 19/11 19/14 19/18 20/3
**Maybe [1]**  8/2
**me [8]**  4/15 4/17 5/5 6/9 13/11 14/6 14/18
  14/24

**mean [1]**  4/18
**meaning [2]**  9/11 19/13
**medications [1]**  17/23
**meet [1]**  19/19
**mehta [2]**  2/13 3/16
**member [3]**  13/13 19/8 19/10
**members [2]**  13/1 19/19
**memories [1]**  14/21
**mental [4]**  17/1 18/8 18/14 20/1
**mentioned [1]**  19/6
**might [2]**  14/3 14/3
**minor [1]**  7/15
**misplaced [1]**  4/4
**MONDAY [2]**  1/17 3/1
**money [1]**  19/2
**month [2]**  16/10 17/16
**monthly [2]**  16/9 16/9
**months [7]**  9/3 9/4 9/7 9/14 9/15 13/3 17/7
**more [3]**  8/21 14/17 15/1
**most [1]**  14/14
**mother [2]**  11/20 12/21
**mother's [1]**  11/21
**motion [2]**  20/10 20/13
**move [1]**  13/5
**Mr [16]**  4/11 4/11 4/22 5/12 8/1 10/9 10/17
  11/3 11/8 11/18 11/22 12/2 12/4 12/25 14/1
  15/5
**Ms [5]**  3/20 4/11 4/11 6/16 11/13
**much [2]**  15/1
**must [9]**  16/8 17/11 17/13 17/14 17/18 17/22
  18/8 18/25 19/2
**my [7]**  9/14 11/7 14/10 14/23 14/24 15/2
  15/17

**N**

**namely [1]**  9/7
**narcotic [2]**  18/3 19/22
**near [1]**  13/23
**nearly [1]**  14/20
**necessary [2]**  11/4 17/1
**need [2]**  5/17 8/6
**neha [2]**  2/13 3/16
**nervous [1]**  14/6
**new [1]**  7/2
**Next [10]**  17/13 17/18 17/25 18/8 18/12
  18/18 18/21 18/25 19/2 19/7
**nice [1]**  12/8
**nightmare [1]**  15/2
**NIRENBERG [2]**  1/23 21/17
**no [10]**  1/9 4/24 8/7 8/7 8/24 11/9 11/12
  13/14 20/21 21/17
**nominal [2]**  16/8 16/14
**none [1]**  6/5
**North [2]**  1/24 2/6
**not [30]**
**note [1]**  12/12
**noted [1]**  12/13
**Nothing [2]**  4/23 20/20
**Notice [1]**  20/17
**now [3]**  8/21 14/20 15/6
**Number [3]**  3/4 6/19 16/22

**O**

**objection [2]**  6/19 13/17
**objections [4]**  4/4 5/6 6/5 7/21
**objective [1]**  10/7
**objectives [1]**  10/19
**obligation [1]**  19/5
**oblivious [1]**  10/4
**obtain [1]**  8/17
**obtained [1]**  6/20
**occasion [1]**  10/15
**Odilon [1]**  3/10

## O

**off [2]** 12/7 15/21
**offense [2]** 9/1 10/4
**office [11]** 2/3 2/11 3/11 4/8 6/24 8/6
 10/21 10/25 17/12 18/3 19/20
**office's [1]** 4/2
**officer [11]** 17/17 17/21 18/1 18/7 18/11
 18/12 18/17 18/22 18/24 19/17 19/25
**Official [2]** 1/23 21/18
**Oh [1]** 7/7
**Okay [5]** 5/5 6/9 7/1 8/5 8/16
**old [1]** 12/14
**Oleson [1]** 16/2
**one [5]** 4/14 5/13 7/8 10/2 17/14
**only [1]** 5/17
**oOo [1]** 20/23
**order [7]** 8/19 8/19 8/22 13/4 15/13 16/22
 17/12
**ordered [3]** 16/14 16/16 19/5
**ordering [1]** 8/16
**orders [1]** 18/20
**Ordinarily [2]** 7/16 7/18
**other [6]** 5/8 12/16 12/17 14/2 18/22 19/13
**others [2]** 10/17 19/8
**otherwise [1]** 8/13
**our [2]** 6/18 12/1
**out [8]** 7/9 7/20 9/17 10/24 11/19 12/8
 12/15 13/5
**outpatient [1]** 17/18
**own [2]** 14/21 14/22

## P

**P.M [2]** 1/18 3/2
**page [2]** 7/3 21/9
**paid [1]** 16/1
**paper [2]** 4/6 4/10
**papers [1]** 11/8
**paragraph [5]** 6/19 7/2 7/6 7/14 8/12
**parents [1]** 4/16
**part [2]** 8/18 18/13
**participants [1]** 19/9
**participate [2]** 17/18 18/8
**parties [2]** 8/23 9/5
**pastor [1]** 12/10
**patch [1]** 17/20
**paternal [1]** 12/13
**pay [7]** 15/19 15/24 16/8 16/19 16/24 18/13
 18/19
**payment [4]** 16/16 18/16 18/16 18/20
**payments [3]** 16/9 16/12 16/14
**penal [1]** 20/8
**penalties [1]** 16/19
**pending [1]** 6/20
**people [3]** 9/22 12/5 14/3
**per [5]** 15/22 16/4 16/10 17/16 18/24
**percent [1]** 16/9
**perfect [1]** 14/13
**perform [1]** 18/23
**performing [1]** 6/22
**period [8]** 10/6 10/9 15/21 16/3 16/11 17/23
 18/15 18/18
**periodic [1]** 17/15
**person [4]** 6/23 12/5 12/6 12/19
**personally [1]** 10/13
**perspective [3]** 11/16 11/17 11/18
**pertaining [1]** 18/20
**pertinent [1]** 8/21
**place [1]** 18/1
**placed [1]** 17/9
**placement [1]** 20/8
**PLAINTIFF [2]** 1/8 2/3
**play [1]** 12/17

**playing [1]** 12/15
**plea [3]** 3/23 9/6 20/17
**please [5]** 3/6 3/20 11/11 19/8 20/12
**point [2]** 5/10 11/4
**pointed [2]** 11/19 12/8
**position [2]** 4/6 4/9
**possess [1]** 19/11
**prayed [1]** 12/16
**pre [7]** 4/3 4/9 6/24 19/21 19/23 20/1 20/3
**pre-sentence [7]** 4/3 4/9 6/24 19/21 19/23
 20/1 20/3
**prejudicial [1]** 13/16
**prescription [1]** 17/23
**present [2]** 3/17 19/18
**previous [2]** 10/15 20/1
**prison [1]** 9/20
**Prisons [5]** 6/21 13/22 15/23 16/5 16/25
 17/6 20/7
**probation [19]** 4/2 4/8 6/24 8/6 10/21 17/12
 17/17 17/21 17/25 18/3 18/7 18/11 18/12
 18/17 18/22 18/24 19/17 19/20 19/25
**problem [1]** 12/23
**Procedure [1]** 5/16
**proceed [2]** 3/20 5/3
**proceeding [2]** 8/18 8/22
**proceedings [2]** 20/22 21/8
**program [8]** 15/13 15/23 16/6 17/3 17/19
 18/2 18/6 18/7
**prohibited [1]** 19/24
**promise [1]** 15/3
**promote [1]** 9/23
**pronounce [1]** 9/12
**pronounced [1]** 4/21
**pronouncement [1]** 3/22
**proof [1]** 18/16
**proper [1]** 7/22
**protect [1]** 10/10
**protection [1]** 7/23
**provide [4]** 6/21 17/1 18/16 20/3
**provided [1]** 3/12
**provider [5]** 18/10 19/21 19/24 20/2 20/2
**providing [1]** 10/16
**provision [1]** 13/18
**provisions [1]** 5/22
**PSR [4]** 5/20 5/22 6/7 7/14
**public [5]** 2/11 2/12 2/13 10/10 13/17
**punishment [1]** 9/20
**purpose [6]** 4/20 5/10 9/11 10/19 11/5 20/6
**purposes [1]** 4/1
**pursuant [7]** 15/22 15/25 16/5 16/17 16/20
 17/4 21/5
**put [1]** 9/17
**Putting [1]** 10/9

## Q

**qualities [1]** 12/20
**quarter [2]** 15/22 16/4
**question [2]** 7/22 10/24

## R

**raised [1]** 7/21
**range [6]** 8/24 9/3 9/8 9/25 10/12 15/18
**rate [2]** 15/22 16/4
**rather [1]** 7/9
**reached [1]** 9/5
**read [8]** 4/2 4/6 4/7 4/9 4/10 4/12 4/19
 15/7
**reading [1]** 7/17
**ready [1]** 5/3
**really [2]** 11/16 13/4
**reason [3]** 5/19 13/15 18/23
**reasonable [3]** 9/6 9/10 10/2
**reasons [1]** 10/18

**R**

**receive [1]**  11/16
**recite [1]**  4/1 15/6
**recommend [3]**  13/21 16/25 20/7
**recommendation [1]**  4/7
**recommended [1]**  10/21
**record [1]**  15/11
**redisclosure [1]**  19/23
**reduce [1]**  14/25
**reduced [1]**  10/23
**reference [2]**  7/13 7/24
**references [1]**  4/11
**referring [1]**  5/24
**reflect [2]**  8/11 8/20
**Reform [1]**  17/4
**refrain [1]**  17/13
**refunds [1]**  19/3
**regulations [2]**  17/11 21/10
**rehabilitation [1]**  20/6
**relates [1]**  7/9
**relating [1]**  4/12
**relatively [1]**  9/19
**release [7]**  5/7 10/22 13/10 13/18 16/11
 17/9 17/15
**released [2]**  16/8 17/8
**relevant [1]**  6/6
**relying [1]**  8/10
**remained [1]**  13/14
**remaining [1]**  20/11
**remains [1]**  16/7
**remember [1]**  7/17
**report [9]**  4/3 4/9 6/2 6/24 19/21 19/23
 20/1 20/2 20/4
**reported [1]**  21/7
**reporter [3]**  1/23 3/12 21/18
**REPORTER'S [1]**  1/15
**request [1]**  13/19
**requested [3]**  5/22 10/25 15/14
**require [1]**  16/18
**reside [1]**  18/6
**residential [1]**  18/2
**respect [4]**  6/18 6/25 9/23 13/10
**responsibility [3]**  9/2 15/23 16/6
**restitution [8]**  15/24 16/3 16/7 16/14 16/18
 16/24 18/19 19/5
**result [1]**  20/15
**reverted [1]**  18/5
**revise [1]**  8/6
**revised [2]**  4/7 6/2
**right [11]**  3/13 3/18 6/15 8/9 11/10 13/4
 14/5 15/5 20/13 20/14 20/16
**risk [1]**  10/16
**rule [5]**  5/5 5/17 6/5 6/10 8/3
**rules [2]**  5/16 17/11
**ruling [2]**  5/7 8/4
**RYAN [3]**  1/10 3/5 3/16

**S**

**sad [1]**  11/16
**safeguard [1]**  13/16
**said [4]**  6/20 8/7 12/5 12/17
**salacious [1]**  7/24
**sample [1]**  19/1
**saved [1]**  15/2
**say [1]**  11/11
**saying [1]**  14/25
**says [1]**  7/5
**schooling [1]**  18/22
**scope [3]**  5/9 9/11 9/18
**second [4]**  6/1 6/2 14/21 15/9
**section [4]**  15/25 16/17 16/20 21/5
**security [1]**  7/23

**see [4]**  4/16 5/10 7/12 12/4
**seek [1]**  20/16
**seems [1]**  6/7
**sense [1]**  12/6
**sent [2]**  6/25 12/11
**sentence [28]**
**sentences [1]**  10/13
**sentencing [6]**  1/15 5/10 9/11 10/11 10/20
 17/4
**Sergeant [1]**  3/10
**service [2]**  18/24 20/5
**Services [1]**  20/6
**severe [2]**  12/4 12/23
**shall [15]**  15/19 15/21 15/24 16/1 16/3
 16/12 16/22 17/8 18/6 18/12 18/15 18/19
 18/23 19/7 19/18
**she [2]**  12/15 12/17
**Sheriff's [1]**  3/11
**shirt [1]**  12/7
**shoes [1]**  19/13
**should [3]**  6/6 6/23 8/11
**show [1]**  19/15
**shows [1]**  19/13
**side [1]**  11/21
**sides [1]**  8/25
**sign [1]**  11/23
**signs [1]**  19/15
**sister [2]**  7/15 11/21
**situation [1]**  12/24
**situations [2]**  12/20 14/24
**so [23]**
**so-called [1]**  17/2
**social [2]**  20/4 20/6
**societal [1]**  9/18
**some [6]**  4/4 12/20 14/2 18/22 19/13 19/15
**somehow [1]**  20/15
**someone [2]**  7/15 10/5
**something [5]**  11/11 12/10 14/3 14/13 14/17
**somewhat [1]**  7/19
**sorry [2]**  13/1 14/16
**Southern [2]**  13/23 20/8
**speak [1]**  15/8
**special [2]**  15/19 18/19
**spellings [1]**  3/11
**spend [1]**  9/19
**spent [1]**  10/6
**spirit [1]**  13/4
**Spring [2]**  1/24 2/6
**stands [1]**  5/23
**start [1]**  9/13
**state [3]**  3/6 20/4 20/5
**STATES [8]**  1/1 1/7 2/3 3/8 10/25 15/19 21/6
 21/10
**STEELE [5]**  2/12 3/16 3/21 6/16 11/13
**stenographically [1]**  21/7
**stepmother [1]**  11/22
**stipulated [2]**  12/1 13/7
**story [1]**  14/22
**Street [3]**  1/24 2/6 2/14
**strike [1]**  5/21
**subject [2]**  8/5 16/19
**submissions [1]**  4/8
**submit [1]**  17/14
**submitted [4]**  3/25 4/13 4/20 11/12
**substance [4]**  17/14 17/18 18/13 19/21
**such [4]**  9/10 9/17 10/9 20/5
**sufficient [2]**  10/2 13/12
**suggests [1]**  9/14
**supervised [6]**  5/7 10/22 13/10 13/18 16/11
 17/9
**supervision [7]**  11/4 11/5 16/13 17/24 17/25
 18/15 18/18
**support [1]**  11/22

**S**

sure [1] 6/10
sweat [1] 17/20

**T**

table [1] 3/9
take [1] 13/3
taken [1] 6/8
takes [2] 10/3 20/18
tax [1] 19/3
tear [1] 14/22
TEJERA [13] 1/10 3/5 3/17 6/11 10/9 10/17 11/3 11/18 11/22 12/4 12/25 14/1 15/5
Tejera's [1] 12/2
tell [2] 4/15 4/17
ten [6] 5/8 9/14 11/2 11/6 13/3 17/9
ten-year [1] 11/6
term [4] 10/21 11/6 17/6 17/9
terms [1] 17/10
test [1] 17/14
testing [3] 17/20 17/20 18/4
tests [2] 17/16 17/16
than [7] 4/17 8/13 9/25 15/1 15/22 16/4 16/10
thank [11] 3/13 4/23 8/15 11/9 11/12 12/12 13/25 15/5 15/16 20/20 20/21
that [111]
that's [19] 4/19 4/20 6/14 6/15 7/3 7/23 9/11 9/20 10/12 10/22 10/24 11/23 13/2 15/4 15/7 15/20 15/22 15/25 18/15
their [1] 11/17
them [5] 4/5 4/14 4/14 5/11 17/21
then [4] 6/6 7/15 11/2 16/8
there [11] 3/25 4/19 5/19 7/13 8/14 8/24 10/15 11/7 13/14 14/19 20/10
there's [2] 11/10 14/17
thereafter [1] 17/16
these [5] 4/25 6/10 7/9 10/14 13/3
they [4] 4/17 7/21 11/22 12/14
they're [2] 6/22 15/1
thing [2] 5/13 7/8
things [2] 5/8 6/11
think [13] 4/4 4/19 7/3 7/16 7/21 8/12 10/18 10/22 11/3 11/25 12/1 13/17 20/18
this [20] 4/1 4/15 8/7 8/17 8/22 9/7 9/9 9/14 10/2 10/3 10/14 11/16 11/19 12/19 12/24 14/10 14/15 15/2 18/20 20/8
those [5] 5/8 10/18 11/7 14/14 16/12
thought [2] 9/9 14/2
three [3] 3/24 10/24 17/5
time [2] 9/19 15/2
Title [1] 21/6
Tocas [4] 13/14 19/8 19/14 19/19
together [1] 12/14
total [2] 9/1 15/24
tragedy [1] 14/15
training [1] 18/22
transcript [8] 1/15 6/6 6/12 8/11 8/17 8/20 21/7 21/9
transpire [1] 14/13
treating [1] 18/13
treatment [15] 8/13 17/1 17/19 18/2 18/3 18/6 18/9 18/10 18/10 18/14 19/21 19/22 19/24 20/2 20/2
Trinkle [1] 4/12
true [1] 21/6
turning [1] 8/21
two [3] 9/22 14/20 17/15

**U**

U.S [4] 1/3 1/23 2/4 2/5
uncontrollably [1] 14/24
Under [1] 5/16

understand [2] 14/8 14/18
unexpected [1] 14/4
unfolded [1] 14/24
unfortunately [1] 12/23
UNITED [7] 1/1 1/7 2/3 3/8 15/19 21/6 21/10
Unites [1] 10/25
unlawful [1] 17/13
unless [2] 19/9 19/24
unnecessary [1] 8/6
unpaid [2] 15/20 16/7
until [2] 18/6 18/9
unwarranted [1] 10/17
up [1] 20/14
urinalysis [1] 17/20
us [1] 3/9
USA [1] 3/4
USC [3] 15/25 16/17 16/20
use [4] 6/22 17/13 18/5 19/11
using [1] 17/22

**V**

various [2] 4/8 5/6
Ventura [1] 3/11
verification [2] 6/20 6/21
verified [2] 7/3 7/5
version [1] 5/24
versus [1] 3/5
very [6] 7/7 9/13 12/8 12/20 13/1 13/20
victim [1] 4/12
victims [1] 11/17
Victor [1] 3/10
video [2] 4/15 12/3
viewed [1] 4/18
voluminous [1] 11/15

**W**

Wagenet [1] 4/11
want [1] 5/5
wanted [3] 10/23 13/11 14/17
warrants [1] 8/12
was [14] 3/25 3/25 5/24 6/20 7/3 8/14 10/3 10/5 12/4 12/5 12/6 12/10 12/14 13/13
watched [1] 4/18
way [1] 7/10
we [7] 5/3 6/20 7/12 13/6 13/6 13/21 15/13
We're [1] 3/22
wear [1] 19/11
week [1] 18/24
well [4] 7/7 11/20 13/20 14/4
were [2] 12/14 20/15
WESTERN [1] 1/2
what [10] 4/2 6/9 6/14 8/1 8/23 9/5 10/2 10/5 14/2 15/7
when [9] 6/8 6/22 9/19 10/4 12/2 12/13 13/5 17/8 18/21
where [3] 6/23 12/9 19/19
whether [2] 6/11 13/13
which [9] 4/3 4/4 4/15 5/18 5/24 6/19 8/11 9/17 9/25
whichever [1] 16/11
who [3] 3/17 10/5 12/19
will [15] 4/1 4/3 8/11 9/12 9/17 9/19 9/23 10/7 10/10 10/20 11/3 13/24 15/3 15/6 15/7
winnings [1] 19/3
wish [1] 11/8
within [6] 5/9 9/10 10/11 10/19 17/14 20/17
won't [4] 11/4 13/16 16/17 16/23
words [2] 14/14 14/14
worry [1] 14/8
worth [1] 15/1
would [22]
write [1] 14/12
written [1] 4/18

**W**

**wrote [1]**  14/5
**www.cindynirenberg.com [1]**  1/25

**Y**

**year [2]**  10/21 11/6
**years [11]**  5/8 9/14 9/19 10/24 11/1 11/2
 12/14 13/3 14/13 14/20 17/9
**Yes [10]**  5/2 5/4 5/15 6/13 6/17 11/14 11/24
 15/10 15/15 20/11
**yet [1]**  14/18
**you [66]**
**you'd [2]**  11/11 20/16
**you're [3]**  6/9 6/14 18/21
**young [3]**  9/19 10/3 10/4
**your [30]**